# U.S. Department of Justice
# Drug Enforcement Administration

North Central Laboratory
Chicago, IL

## Chemical Analysis Report

FBI - Chicago Office  
2111 W. Roosevelt Road  
Chicago, IL 60608

**Case Number:** 192C-CG-2962537  
**LIMS Number:** 2018-SFL5-04857

## Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---|---|---|---|---|
| 1B23 | Cocaine Base | 78.3 g ± 0.5 g | ---- | ---- |
| 1B23 | Phenyltetrahydroimidazothiazole | | ---- | ---- |

**Remarks:**  
Exhibit 1B23: The net weight was determined by direct weighing of all units. The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

## Exhibit Details:

**Date Accepted by Laboratory:** 08/17/2018  **Gross Weight:** 113.1 g

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---|---|---|---|---|
| 1B23 | 3 | Plastic Bag | Rock Like | 77.3 g |

**Remarks:**  
Exhibit 1B23: Original packaging separated and returned to FBI for latent print examination.

## Exhibit Analysis:

**Sampling:**

Exhibit 1B23: Cocaine and phenyltetrahydroimidazothiazole confirmed in 3 units tested of 3 units received. A composite was formed from 3 units for further testing. Base form determined from testing the composite.

| Exhibit | Summary of Test(s) |
|---|---|
| 1B23 | Gas Chromatography, Gas Chromatography/Mass Spectrometry, Infrared Spectroscopy |

**Analyzed By:** /S/ Theron S. Fussell, Forensic Chemist  **Date:** 08/29/2018  
**Approved By:** /S/ Peter K. Poole, Supervisory Chemist  **Date:** 08/31/2018

DEA Form 113 August 2013

Page 1 of 1

## Chemical Analysis Report

FBI - Chicago Office  
2111 W. Roosevelt Road  
Chicago, IL 60608

**Case Number:** 192C-CG-2962537  
**LIMS Number:** 2018-SFL5-04858

### Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
| --- | --- | --- | --- | --- |
| 1B25 | Marijuana | 28.977 g ± 0.001 g | ---- | ---- |

**Remarks:**  
Exhibit 1B25: The net weight was determined by direct weighing of all unit(s). The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

### Exhibit Details:

**Date Accepted by Laboratory:** 08/17/2018  **Gross Weight:** 62.6 g

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
| --- | --- | --- | --- | --- |
| 1B25 | 1 | Plastic Bag | Plant Material | 28.50 g |

**Remarks:**  
Exhibit 1B25: Original packaging separated and returned to FBI for latent print examination.

### Exhibit Analysis:

**Sampling:**

Exhibit 1B25: Marijuana confirmed in 1 unit tested of 1 unit received.

| Exhibit | Summary of Test(s) |
| --- | --- |
| 1B25 | Duquenois-Levine Color Test, Gas Chromatography/Mass Spectrometry, Macro/Microscopic Examination of Plant Material |

**Analyzed By:** /S/ Kenson Jean, Forensic Chemist  **Date:** 08/31/2018  
**Approved By:** /S/ Peter K. Poole, Supervisory Chemist  **Date:** 08/31/2018